```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**LISA THOMPSON,**

        **Plaintiff,**

  vs.                                    **Civil Action 2:07-CV-110**
                                              **Judge Frost**
                                              **Magistrate Judge King**

**OHIO HEALTH CORPORATION,**

        **Defendant.**

## REPORT AND RECOMMENDATION

Plaintiff seeks to file a civil action without prepayment of fees or costs. 28 U.S.C. §1915(a). However, plaintiff's application indicates that she is currently employed and earns $4,000.00 per month. She has $2,200.00 in a bank account and owns two automobiles valued by plaintiff at $28,000.00. Under these circumstances, the Court concludes that plaintiff is financially able to bear the costs of initiating this action.

It is therefore **RECOMMENDED** that plaintiff's application for leave to proceed *in forma pauperis* be **DENIED** and that plaintiff be advised that, if the full filing fee is not paid within thirty (30) days, the complaint will be dismissed.

If any party seeks review by the District Judge of this *Report and Recommendation,* that party may, within ten (10) days, file and serve on all parties objections to the *Report and Recommendation,* specifically designating this *Report and Recommendation,* and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within ten (10) days after being served with a copy thereof. F.R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*.  See *Thomas v. Arn,* 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.,* 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).


<u>February 16, 2007</u>                            <u>*s/Norah McCann King*</u>
                                          Norah M$^c$Cann King
                                    United States Magistrate Judge