IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LISA THOMPSON,

       Plaintiff,

  vs.                              Civil Action 2:07-CV-110
                                    Judge Frost
                                    Magistrate Judge King

OHIO HEALTH CORPORATION,

       Defendant.

## ORDER

On February 16, 2007, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's application for leave to proceed *in forma pauperis* be denied and that plaintiff be directed to pay the full filing fee. Doc. No. 2. There has been no objection to the *Report and Recommendation* and, on March 15, 2007, plaintiff paid the full filing fee.

Accordingly, the *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action may proceed on plaintiff's complaint.

The Clerk is **DIRECTED** to file the complaint.

Plaintiff is reminded that she must effect service of process on defendant within 120 days. *See* F.R. Civ. P. 4(m).


                                         /s/   Gregory L. Frost
                                            Gregory L. Frost
                                          United States District Judge